UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION WELFARE AND ANNUITY FUNDS, | ) ) ) | |
| Plaintiff, | ) ) | Case No.  23 cv-01512 |
| v. | ) ) | Magistrate Judge Gilbert C. Sison |
| SOLDIER CONCRETE CONSTRUCTION, LLC ET AL. | ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR A STATUS CONFERENCE

Defendant's former counsel files this Motion for a status conference before Magistrate Judge Sison.  In support of its Motion, Defendants state as follows:

1. On or about May 4, 2023, Plaintiff filed the above-captioned Complaint.

2. Defendant was served with a Summons and Complaint on or about June 20, 2023.

3. Defendant's former counsel was unable to continue his relationship with Defendant due to Defendant's failure to pay its initial bills.  *See* Zelizer Declaration at ¶¶3-6.

4. The attached Declaration provides further details regarding the nature of this request.[1]

WHEREFORE, Defendant's former counsel, respectfully requests that the Court enter an Order scheduling a status conference at the Court's earliest convenience.

---

[1] Because the attached Declaration includes details about the attorney-client relationship and settlement attempts, the undersigned has filed the Declaration under seal.

1

DATED: July 26, 2024                                   Respectfully Submitted,

                                                                   HR Law Counsel LLC

                                                                   By: */s/ Ethan G. Zelizer*

                                                                   HR Law Counsel  
                                                                   29 Main Street  
                                                                   Suite 350-C  
                                                                   Naperville, IL 60540  
                                                                   ethan@hrlawcounsel.com

## CERTIFICATE OF SERVICE

I certify that on July 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/: Ethan G. Zelizer
Ethan G. Zelizer
HR Law Counsel
29 Main Street
Suite 350-C
Naperville, IL 60540
ethan@hrlawcounsel.com