UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION WELFARE AND ANNUITY FUNDS, | ) ) ) |
| Plaintiff, | ) Case No.  23 cv-01512 ) |
| v. | ) Magistrate Judge Gilbert C. Sison ) |
| SOLDIER CONCRETE CONSTRUCTION, LLC ET AL. | ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Ethan G. Zelizer, counsel for Defendants, and for his motion to withdraw as counsel for Defendants, states as follows:

1.  Ethan G. Zelizer was retained by Defendants as counsel in this matter on June 27, 2023. The undersigned attorney filed his Appearance on July 14, 2023. (Dkt. No. 8.)

2.  Since being retained, the undersigned attorney has engaged with Defendant, Bart Kunkel, on several occasions, undertaken a review of the pertinent pleadings, engaged in settlement negotiations with Plaintiff's counsel, and ultimately positioned this case for settlement nearly a year ago.

3.  Based on representations and comments made by Mr. Kunkel, the undersigned counsel's representation of Defendants is not in his best interest or that of the undersigned counsel. In support, the undersigned counsel offers an affidavit in support of this motion. See Affidavit of Ethan G. Zelizer, Exhibit A.

4.  This request is not intended to unnecessarily delay or otherwise impede the efficient handling of this case or prejudice Defendants' rights. Nor is it intended to hamper or otherwise

materially affect Defendants' ability to continue with the case.

    WHEREFORE, the undersigned counsel, Ethan G. Zelizer, respectfully requests this Court enter an Order permitting him to withdraw from this matter and to remove him from all service lists as counsel for Defendants.

DATED: November 1, 2024                      Respectfully Submitted,

                                                                  HR Law Counsel LLC

                                                                   By: */s/ Ethan G. Zelizer*

                                                                   HR Law Counsel
                                                                   29 Main Street
                                                                   Suite 350-C
                                                                   Naperville, IL 60540
                                                                   ethan@hrlawcounsel.com

                                                                   Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that on November 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/: Ethan G. Zelizer
Ethan G. Zelizer

HR Law Counsel
29 Main Street
Suite 350-C
Naperville, IL 60540
ethan@hrlawcounsel.com