UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION WELFARE AND ANNUITY FUNDS, | ) ) ) | |
| Plaintiff, | ) ) | Case No.  23 cv-01512 |
| v. | ) ) | Magistrate Judge Gilbert C. Sison |
| SOLDIER CONCRETE CONSTRUCTION, LLC ET AL. | ) ) ) ) | |
| Defendants. | ) | |

## **NOTICE OF COMPLIANCE**

Defendant's former counsel files this Notice of Compliance with the Court's Orders docketed at Dkt 46 and Dkt 37.  The Clerk of the Court has confirmed receipt of payment.

DATED: August 11, 2025

Respectfully Submitted,

HR Law Counsel LLC

By: */s/ Ethan G. Zelizer*

HR Law Counsel
29 Main Street
Suite 350-C
Naperville, IL 60540
ethan@hrlawcounsel.com

1

## CERTIFICATE OF SERVICE

I certify that on August 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/: Ethan G. Zelizer
Ethan G. Zelizer

HR Law Counsel
29 Main Street
Suite 350-C
Naperville, IL 60540
ethan@hrlawcounsel.com